```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :     MISCELLANEOUS ACTION
NATIONAL FINANCIAL              :
PARTNERS CORP. AND              :
WILLIAM CORRY                   :     NO. 09-mc-0027-JF
```

**O R D E R**

AND NOW, this 21st  day of April 2009, upon consideration of the Motion for Reconsideration, the response thereto, the reply brief submitted in connection with the Motion to Quash, and after oral argument,

IT IS hereby ORDERED that the Motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
Fullam,          Sr. J.