IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            :     MISCELLANEOUS
                                  :
NATIONAL FINANCIAL                :
PARTNERS CORP. and                :
WILLIAM CORRY                     :     NO. 09-mc-00027-JF

ORDER

AND NOW, this 11th day of May 2009, upon consideration of the motion of Darcy Corry for a stay of deposition pending appeal, IT IS ORDERED:

That the motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.